Kevin DODD, Movant-Appellant,

v.

STATE of Missouri,
Respondent-Respondent.

No. 52488.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer
Denied Oct. 6, 1987.

Application to Transfer Denied
Nov. 17, 1987.

James S. McKay, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion following an evidentiary hearing. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).